1  DANIEL J. BRODERICK, #89424
   Federal Defender
2
   CAROLYN M. WIGGIN, Bar #182732
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Petitioner
   PAL SINGH GREWAL
8

9

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14 PAL SINGH GREWAL,              ) NO. Civ. S-07-1673 WBS KJM
                                  )
15           Petitioner,           )
                                  ) STIPULATION AND ORDER
16     v.                          )
                                  )
17 MICHAEL CHERTOFF, Secretary of the )
   United States Department of Homeland )
18 Security, et al.,               ) Judge: Hon. Kimberly J. Mueller
                                  )
19           Respondent.           )
                                  )

20

21

22      IT IS HEREBY STIPULATED by and between attorney ADA BOSQUE, counsel for respondent,

23 and Assistant Federal Defender, CAROLYN M. WIGGIN, counsel for petitioner PAL SINGH GREWAL,

24 that the following briefing dates be set in this case:

25      Petitioner Grewals' opening brief in support of his petition be due by: Wednesday, December 19,

26 2007;

27 *Grewal v. Chertoff*
   Civ. S-07-1673 WBS KJM
28 Stip. & Order re Briefing

Respondent's answering brief be due by: Tuesday, January 22, 2008;

Petitioner's optional rely brief be due by: Tuesday, February 5, 2008.

Dated: October 22, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Carolyn M. Wiggin*

_____
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Petitioner
PAL SINGH GREWAL


McGregor W. Scott
United States Attorney


*/s/ Ada E. Bosque*

_____
ADA E. BOSQUE
United States Department of Justice
Attorney for Respondent

O R D E R

Good cause showing, the following briefing schedule is set in this case:

Petitioner Grewals' opening brief in support of his petition is due by: Wednesday, December 19, 2007;

Respondent's answering brief is due by: Tuesday, January 22, 2008;

Petitioner's optional rely brief is due by: Tuesday, February 5, 2008.

Dated: October 26, 2007.

_____
U.S. MAGISTRATE JUDGE

*Grewal v. Chertoff*
Civ. S-07-1673 WBS KJM
Stip. & Order re Briefing