IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAL SINGH GREWAL,

    Petitioner,               No. CIV S-07-1673 GEB EFB P

    vs.

ALBERTO GONZALES, et al.,

    Respondents.          ORDER

_____/

    Petitioner is an individual detained by the Department of Homeland Security. Proceeding without counsel, he filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 22, 2008, respondents moved to dismiss the petition on the ground that it is moot. Petitioner has not filed an opposition or a statement of no opposition.[1]

    A party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." L. R. 78-230(m). Failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L. R. 11-110.

---

[1] An exhibit attached to respondents' motion appears to show that petitioner has now been removed.

1

It appears that petitioner has been deported, however, the court files this order in an abundance of caution, admonishing petitioner that the court may dismiss this action with or without prejudice, as appropriate, if he disobeys an order or the Local Rules.[2] *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1252 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

Accordingly, it is hereby ORDERED that, within 30 days of the date of this order, petitioner shall file either an opposition to the motion to dismiss or a statement of no opposition. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:   March 27, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Petitioner may be receiving mail sent to his address of record and forwarded by either the postal service or family members.

2