IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAL SINGH GREWAL,

    Petitioner,               No. CIV S-07-1656 GEB EFB P

    vs.

MICHAEL B. MUKASEY, et al.,

    Respondents.
_____/

PAL SINGH GREWAL,

    Petitioner,               No. CIV S-07-1673 GEB EFB P

    vs.

MICHAEL B. MUKASEY, et al.,      <u>ORDER</u>

    Respondents.
_____/

    Petitioner has filed the above-captioned petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

////

///

1

1    On April 11, 2008, the magistrate judge filed findings and recommendations in
2 the above-captioned cases which were served on petitioner and which contained notice to
3 petitioner that any objections to the findings and recommendations were to be filed within twenty
4 days.  Petitioner has not filed objections to the findings and recommendations.[1]
5    The court has reviewed the file and finds the findings and recommendations to be
6 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
7 ORDERED that:
8    1. The findings and recommendations filed April 11, 2008, are adopted in full;
9    2. The action designated *Grewal v. Mukasey*, Case No. Civ. S-07-1656 GEB EFB
10 P is dismissed as moot;
11    3. The January 22, 2008, motion to dismiss in *Grewal v. Gonzales*, Case No. Civ.
12 S-07-1673 GEB EFB P is granted; and
13    4. Judgment is entered in both cases and the Clerk is directed to close the case.
14 Dated: June 20, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Although it appears from the file that petitioner's copy of the findings and recommendations issued in Civ. S-07-1656 GEB/EFB was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

2